UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE MOURIS ADELY MORCOS,

Petitioner,

v.

BRUCE SCOTT, *et al.*,

Respondents.

Case No. C26-3024-SKV

ORDER STRIKING MOTION TO ENFORCE JUDGMENT

On August 26, 2026, Petitioner filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241 asserting that his detention had become unlawfully prolonged under *Banda v. McAleenan*, 385 F. Supp. 3d 1099 (W.D. Wash. 2019). Dkt. 4. Petitioner requested therein that the Court order his release unless Respondents afforded him a custody hearing before an immigration judge ("IJ") at which they established by clear and convincing evidence that he presented a flight risk or a danger to the community. *Id.* at 14. On October 8, 2026, this Court issued an Order granting Petitioner's petition in part and ordering that he be afforded a hearing that complied with the requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011). Dkt. 11 at 12.

On November 9, 2026, Petitioner filed a motion to enforce this Court's prior Order on the grounds that the bond hearing afforded him was not constitutionally compliant and therefore contrary to the Court's Order. Dkt. 13. Specifically, Petitioner takes issue with the IJ's findings in relation to the evidence presented, and he alleges that the IJ failed to hold the government to its burden of justifying his continued detention by clear and convincing evidence. *See id.*

While the federal rules authorize the Court to enforce a judgment by ordering the performance of a specific act, *see* Fed. R. Civ. P. 70(a), that authority is triggered "only when a party refuses to comply with [the] judgment." *Rose v. Guyer*, 961 F.3d 1238, 1245 (9th Cir. 2020) (quoting *McCabe v. Arave*, 827 F.2d 634, 639 (9th Cir. 1987)). Here, the Court's prior judgment required Respondents to provide Petitioner with an individualized bond hearing, which Petitioner acknowledges they did. *See* Dkts. 11-13. Any challenge to the legal sufficiency of that hearing should be raised in a new habeas petition. *See Velasquez O v. Ice Field Office*, 2026 WL 1834287, at *1 (W.D. Wash. June 25, 2026).

Accordingly, the Court ORDERS as follows:

(1) Petitioner's motion to enforce this Court's prior Order, Dkt. 13, is STRICKEN.

(2) The Clerk shall send copies of this Order to Petitioner and to counsel for Respondents.

Dated this 10th day of November, 2026.

S. KATE VAUGHAN
United States Magistrate Judge